# United States Bankruptcy Court
### Eastern District of Michigan

In re    **TeVoortwis Land Company, LLC**             Case No.       
                                      Debtor(s)            Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member and Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 28, 2019**               **/s/ Cindy TeVoortwis**
                                                **Cindy TeVoortwis/Member and Authorized Agent**
                                                Signer/Title

Aquila Farms, LLC
3201 W. Soper Road
Bad Axe, MI 48413


Cindy TeVoortwis
4010 Stein Road
Elkton, MI 48731


Dept. of Agriculture & Rural Development
State of Michigan
PO BOX 30017
Lansing, MI 48909


Eli & Johanna TeVoortwis
1920 S. Moore Road
Bad Axe, MI 48413


Eli TeVoortwis
1920 S. Moore Road
Bad Axe, MI 48413


Eli TeVoortwist Trust
1920 S. Moore Road
Bad Axe, MI 48413


GreenStone Farm Credit Services, ACA
c/o J. Joseph Purtell, Esq.
900 Center Avenue
Bay City, MI 48708


GreenStone Farm Credit Services, FLCA
c/o J. Joseph Purtell, Esq.
900 Center Avenue
Bay City, MI 48708


Gro-Green Farms, Inc.
2695 Brown Road
Owendale, MI 48754


Harvest II Windfarm, LLC
6400 NW 86th Street
Johnston, IA 50131

Huron County Treasurer
250 E. Huron Ave., #204
Bad Axe, MI 48413


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Johanna Lensink-TeVoortwis
1920 S. Moore Road
Bad Axe, MI 48413


Johanna TeVoortwis Trust
1920 S. Moore Road
Bad Axe, MI 48413


Josh Elenbaum
7930 Camboro
Owendale, MI 48754


Jurgen TeVoortwis
2040 Grassmere Road
Bad Axe, MI 48413


Office of United States Trustee
211 West Fort Street
Room 700
Detroit, MI 48266


Oliver Township Treasurer
5327 W. Richardson Rd.
Elkton, MI 48731


TeVoortwis Dairy, LLC
3800 Stein Road
Bad Axe, MI 48413